JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/23/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TITO VASQUEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>HARPOON HENRY'S, WIND & SEA RESTAURANTS, INC., and COUNTY OF ORANGE,<br><br>        Defendants. | Case No.: SACV 20-01358-CJC-(KESx)<br><br>JUDGMENT |

///

///

///

This matter came before the Court on Plaintiff's motion for default judgment. On November 23, 2020, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for injunctive relief requiring Defendants Harpoon Henry's and Wind & Sea to provide accessible restrooms which comply with the Americans with Disabilities Act guidelines.

DATED: November 23, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE